**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-2049**

_____

MICHELLE PARHAM,

          Plaintiff - Appellant,

    v.

MID ATLANTIC BAKING COMPANY,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.  (1:11-cv-00185-WDQ)

_____

Submitted:  December 16, 2011     Decided:  December 21, 2011

_____

Before SHEDD, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michelle Parham, Appellant Pro Se.  John Constantine Themelis, LAW OFFICE OF JOHN C. THEMELIS, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle Parham appeals the district court's order dismissing her complaint of discrimination under the Americans with Disabilities Act, 42 U.S.C.A. § 12101-12213 (West 2005 & Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Parham v. Mid Atlantic Baking Co., No. 1:11-cv-00185-WDQ (D. Md. Sept. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED